**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

No. 04-7650

―――――――――

NEAL MOSES,

                              Petitioner - Appellant,

        versus

B. A. BLEDSOE, Warden,

                              Respondent - Appellee.

―――――――――

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Irene M. Keeley, Chief District Judge.  (CA-03-149)

―――――――――

Submitted:  March 24, 2005          Decided:  March 29, 2005

―――――――――

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Neal Moses, Appellant Pro Se.  Betsy Steinfeld Jividen, OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Neal Moses, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Moses v. Bledsoe, No. CA-03-149 (N.D.W. Va., Sept. 28, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED